# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Action No. 08-cr-00459-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCUS WILEY,

    Defendant.

## ORDER SETTING TRIAL DATES AND DEADLINES

This matter is before the Court upon a review of the file. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **December 12, 2008** and responses to these motions shall be filed by **December 23, 2008**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **January 20, 2009 at 9:00 a.m.**, in Courtroom A602 of the Arraj Courthouse. If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

FURTHER ORDERED that a three-day jury trial is set for **January 26, 2009 at 1:30 p.m.**, in Courtroom A602.

DATED: November  19 , 2008

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge