**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Criminal Action No. 08-cr-00459-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MARCUS WILEY,

      Defendant.

---

**ORDER TO VACATE MOTIONS HEARING AND SET CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 15) filed in the above matter, it is

ORDERED that the Motions Hearing and Status Conference currently set for February

13, 2009 is VACATED.  It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via*

conference call (303-335-2174) no later than February 9, 2009 to set this matter

for a Change of Plea Hearing.

DATED:  February   5   , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge