**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 08-cr-00459-CMA

UNITED STATES OF AMERICA,

 Plaintiff,

v.

MARCUS WILEY,

 Defendant.

## ORDER TO RESET CHANGE OF PLEA HEARING

 This matter is before the Court *sua sponte*. Because of a conflict on this Court's docket, the Change of Plea hearing in this matter currently set for April 22, 2009 at 10:30 a.m is RESET for April 22, 2009 **at 11:30 a.m.** in Courtroom A602 of the Arraj Courthouse.

 DATED: April  6 , 2009

             BY THE COURT:

             *Christine M Arguello*
             ———————————————
             CHRISTINE M. ARGUELLO
             United States District Judge