**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 08-cr-00459-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCUS WILEY,

    Defendant.

---

**ORDER TO RESCHEDULE SENTENCING**

---

This matter comes before the Court *sua sponte*. Because a conflict has arisen on the Court's docket, it is

ORDERED that the sentencing of Defendant Marcus Wiley, currently set for July 2, 2009, is RESCHEDULED to **July 13, 2009 at 1:30 p.m.** in Courtroom A602 of the Arraj Courthouse.

DATED: May __12__, 2009

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge