**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Valeri P. Barnes
Court Reporter: Darlene Martinez
Probation Officer: Doug Randolph

Date: June 30, 2009

Criminal Action No. 08-cr-00459-CMA

*Parties:*                                                                              *Counsel:*

UNITED STATES OF AMERICA,                                          David Conner

    Plaintiff,

v.

MARCUS WILEY,                                                                  Matthew Golla

    Defendant.

_____

**SENTENCING MINUTES**
_____

**2:31 p.m.   Court in session**.

Defendant present in custody.

Change of Plea Hearing: April 22, 2009.

Defendant plead guilty to Count One of the Indictment.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:** Defendant's Motion for Downward Departure **(28)** is **withdrawn**.

**ORDER:** Government's Motion for Downward Departure Pursuant to §5K1.1 **(29)** is **granted**.

**ORDER:**   Government's Motion Regarding Acceptance of Responsibility **(30)** is **granted**.

**Defendant sentenced as reflected in the record**.

Defendant advised of the right to appeal.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:48 p.m.**   **Court in recess/hearing concluded**.

Total in-court time: 00:17